**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **PMP Fitness Corp** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-4819925** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3541 53rd Avenue West** **Bradenton, FL 34210** Number, Street, City, State & ZIP Code | **4634 56th Dr. E.** **Bradenton, FL 34203** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Manatee** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor    **PMP Fitness Corp**                                        Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor   **Paul M. Pujazon**                  Relationship   **Principal**

District  **Middle District of Florida**   When _____   Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor   **PMP Fitness Corp**                                    Case number (*if known*) _____
         Name

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **PMP Fitness Corp**                                            Case number (*if known*) _____
         Name

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 23, 2016**
              MM / DD / YYYY

**X** **/s/ Paul M. Pujazon**                                  **Paul M. Pujazon**
Signature of authorized representative of debtor               Printed name

Title   **Owner/President**

**18. Signature of attorney**

**X** **/s/ R. John Cole, II**                    Date   **June 23, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**R. John Cole, II**
Printed name

**Cole & Cole Law, P.A.**
Firm name

**46 N. Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
Number, Street, City, State & ZIP Code

Contact phone   **(941) 365-4055**      Email address   **RJC@COLECOLELAW.COM**

**191364**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **PMP Fitness Corp**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 23, 2016**        X **/s/ Paul M. Pujazon**
                                        Signature of individual signing on behalf of debtor

                                        **Paul M. Pujazon**
                                        Printed name

                                        **Owner/President**
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **PMP Fitness Corp**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $      **15,976.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $      **15,976.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      **3,807.17**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **451,704.80**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b    $      **455,511.97**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **PMP Fitness Corp**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **8450** | **$0.00** |
| 3.2. | **Wells Fargo** | **Savings** | **1677** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $0.00 |
|---|---|

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Lease Security Deposit**<br>**Benderson Development Company, LLC**<br>**7978 Cooper Creek Blvd., No. 100**<br>**University Park, FL 34201** | **$3,828.00** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                        Case number *(If known)* _____
_____
         Name

7.2.   **FPL Security Deposit** _____        **$1,713.00**

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                       **$5,541.00**

     Add lines 7 through 8. Copy the total to line 81.

Part 3:   **Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less: _____ - _____ = ....        **$0.00**
                          **0.00**           **0.00**
                          face amount        doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                     **$0.00**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:   **Investments**

13.  **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Part 5:   **Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Part 6:   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Part 7:   **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Front Desk, 3 Filing Cabinets, 14 Folding Chairs** | **$0.00** | **Liquidation** | **$200.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **PMP Fitness Corp**
_____
Name

Case number *(If known)* _____

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
**CCTV Cameras, Computer, Telephone, and Mini Fridge**    $0.00    **Liquidation**    $100.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    $300.00
Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                              Case number *(If known)* _____
         Name

**Matrix Adjustable decline bench, Matrix Rox-it RS-1402 leg curl, Matrix adjustable cable crossover, Matrix VR3-lprs/ta, Matrix VR3-les/sri, Matrix XL12-700 Shoulder Press, Matrix VR3-Tri, Matrix Mid Row/lat Pulldown, Matrix lateral raise machne, Matrix SP-5300 Inner Machine, Matrix 2-tier Tray Dumbell rack, Matrix Flat Incline Bench, Matrix SP-5400 Outer Thigh, Matrix back extension machine, Matrix Scot Bicep Machine, Matrix CF3663 Back Hyper, Matrix VR3-CPS Bench Press Machine, Matrix Preacher Curl Machine, Matrix Incline Bench Machine, Matrix Lat Pulldown Machine, Matrix Abdominal Crunch Machine, Matrix Leg Raises Chair, Matrix PPL-900 Smith Machine, Matrix Bench Press Machine, Matrix Weight Tree, Matrix Olympic Flat Bench, Matrix X12-1000 pec dec-fly-rear delt, Matrix Roc-it-RS 1700 Chin Dip Assist, Matrix Free Motion ILI.9 Incline Elliptical (3), Matrix 625t Treadmill (4), Matrix cs900 commercial Recumbent Bike (4), Matrix Leg Press Machine, Matrix Shoulder Bench, Matrix Multi Press-Squat Rack w/weight storage, Madicine balls (8), Dumbells - 1-100 (lbs), Weight Plates -2.5lbs-45lbs, Kettebell, Misc Gym Accessories**      **Unknown**   **Liquidation**                              **$10,125.00**

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8.** | | **$10,125.00** |
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **PMP Fitness Corp** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Snap Fitness 24/7 Franchise** | **Unknown** | | **Unknown** |
| **Business License** | **$0.00** | | **$10.00** |

| 63. | **Customer lists, mailing lists, or other compilations** | | |
|---|---|---|---|
| | **Customer List** | **Unknown** | **Unknown** |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$10.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 11:   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                  Case number *(If known)* _____
          Name

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,541.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,125.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,976.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $15,976.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ **PMP Fitness Corp**_____

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA_____

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **PMP Fitness Corp**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Florida Dep't of Rev.**<br>**505 W. Tenn. St.**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      32886      Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                    Case number (if known) _____
_____
        Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,807.17 | $0.00 |
|---|---|---|---|---|

2.3   Priority creditor's name and mailing address       As of the petition filing date, the claim is:        **$3,807.17**   **$0.00**
      **Ken Burton, Jr.**                                *Check all that apply.*
      **Manatee County Tax Collector**                   ☐ Contingent
      **P. O.  Box 25300**                               ☐ Unliquidated
      **Bradenton, FL 34206-5300**                       ☐ Disputed

      _____
      Date or dates debt was incurred                    Basis for the claim:
                                                         **2015 Delinquent Tangible Personal Property**
      _____
      Last 4 digits of account number                    Is the claim subject to offset?

      Specify Code subsection of PRIORITY                ■ No
      unsecured claim: 11 U.S.C. § 507(a) (8)
                                                         ☐ Yes

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                        **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

3.1   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
      **Aaron Silvius**
      **1322 54th Avenue East**                          ■ Contingent
      **Bradenton, FL 34202**                            ■ Unliquidated
                                                         ■ Disputed
      **Date(s) debt was incurred** _
      **Last 4 digits of account number** _              Basis for the claim: _
                                                         Is the claim subject to offset?  ■ No   ☐ Yes

3.2   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
      **Aaron Turner**
      **5610 25th St W**                                 ■ Contingent
      **Bradenton, FL 34207**                            ■ Unliquidated
                                                         ■ Disputed
      **Date(s) debt was incurred** _
      **Last 4 digits of account number** _              Basis for the claim: _
                                                         Is the claim subject to offset?  ■ No   ☐ Yes

3.3   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
      **Adam Valentine**
      **7020 45th Ave W**                                ■ Contingent
      **Bradenton, FL 34210**                            ■ Unliquidated
                                                         ■ Disputed
      **Date(s) debt was incurred** _
      **Last 4 digits of account number** _              Basis for the claim: _
                                                         Is the claim subject to offset?  ■ No   ☐ Yes

3.4   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
      **Adrian and Allen Nakayama**
      **4014 52nd Drive West**                           ■ Contingent
      **Bradenton, FL 34210**                            ■ Unliquidated
                                                         ■ Disputed
      **Date(s) debt was incurred** _
      **Last 4 digits of account number** _              Basis for the claim: _
                                                         Is the claim subject to offset?  ■ No   ☐ Yes

3.5   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
      **Adriana Aguirre**
      **315 60th Avenue East**                           ■ Contingent
      **Bradenton, FL 34203**                            ■ Unliquidated
                                                         ■ Disputed
      **Date(s) debt was incurred** _
      **Last 4 digits of account number** _              Basis for the claim: _
                                                         Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                      Case number (if known) _____
　　　　　　Name

| | |
|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** |

**3.6**

**Nonpriority creditor's name and mailing address**
**Alan  Boudreau**
**4532 La Jolla Drive**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.7**

**Nonpriority creditor's name and mailing address**
**Albert Defazio**
**1837 Satinwood Court**
**Vienna, VA 22182**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.8**

**Nonpriority creditor's name and mailing address**
**Alessandra Danna**
**3473 51st Avenue Circle**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Alex and Rodlez Molina**
**4128 53rd Avneu West**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.10**

**Nonpriority creditor's name and mailing address**
**Alexander & Virginia Bogdan**
**36 Harmon Street**
**Long Beach, NY 11561**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.11**

**Nonpriority creditor's name and mailing address**
**Alexander Underwood**
**2891 52nd Ave Dr W**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.12**

**Nonpriority creditor's name and mailing address**
**Alicia Johnson**
**4140 53rd Avenue West**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor   **PMP Fitness Corp**
_____
Name

Case number (if known)   _____

---

3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Allan Ball**
**4007 30th Lane East**
**Bradenton, FL 34208**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Alyssanne Vella**
**141 W Davis Street**
**Apt. D**
**Decatur, GA 30030**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Amelia Forgey**
**2008 Sunset Drive**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**American Specialty Health**
**10221 Waterridge Cr**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Amrita & Arunadevi Shanmugam**
**6116 43rd St W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Andreas Weber**
**3508 51st Avenue Dr. West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Andrew Holloway**
**4200 53rd Avenue West  #1706**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **PMP Fitness Corp**                                            Case number (if known) _____
_____
Name

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.20**  **Nonpriority creditor's name and mailing address**
**Andrew Mullins**
**3760 Pinebrook Circle**
**Apt. 1**
**Bradenton, FL 34209**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21**  **Nonpriority creditor's name and mailing address**
**Andrew Rose**
**3541 53rd Avenue West**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.22**  **Nonpriority creditor's name and mailing address**
**Andrew Wilkinson**
**5600 34th St W**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.23**  **Nonpriority creditor's name and mailing address**
**Angela Belsito**
**6466 Seagull Drive**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.24**  **Nonpriority creditor's name and mailing address**
**Ann and John Pfeiffer**
**1628 Old Manor Drive**
**Derby, NY 14047**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.25**  **Nonpriority creditor's name and mailing address**
**Anthony Gonzalez**
**3535 46th Ave. Dr. W**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**
**Anthony Tomblin**
**520 65th Ave W**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor   **PMP Fitness Corp**
         Name

Case number (if known) _____

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Antonio Belsito**
**6466 Seagull Drive**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aristo Martinez Jr.**
**910 17th St West**
**Bradenton, FL 34205**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arthur Christopher Samuel**
**1114 27th Street East**
**Bradenton, FL 34208**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Niewiabomski**
**4802 51st  W**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barb Olafsson**
**5905 43rd St W**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barry and Maureen Sikes**
**102 Riviera Dunes Way**
**Palmetto, FL 34221**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Guarantors on Benderson Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barry and Maureen Sikes**
**431 Arrowhatchee Drive**
**Winder, GA 30680**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PMP Fitness Corp**                                     Case number (if known) _____
      Name

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ben French**
**4136 53rd Avenue West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ben Patterson**
**6716 Coneha Drive**
**Sarasota, FL 34243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,267.00** |
|---|---|---|---|

**Benderson Development**
**Company LLC**
**7978 Cooper Creek Blvd.**
**No. 100**
**University Park, FL 34201**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  9530**

**Basis for the claim:  Property #2909, Unit 015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$310,000.00** |
|---|---|---|---|

**Betsy McCormack**
**12220 Sunnydale Dr**
**Fort Lauderdale, FL 33308**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beverly Foraker**
**1018 49th Ave. Terrace W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bojan Miocic**
**4140 53rd Street West**
**Bradenton, FL 34205**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brenda and Dave Bridgeforth**
**3470 West Idoak Bay Road**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        **Page 7 of 37**

Debtor   **PMP Fitness Corp**                                             Case number (if known)   _____
         Name

| | |
|---|---|

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Brian Engel**
**5609 19th Street West**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$282.00**

**Bright House Networks**
**PO Box 30765**
**Tampa, FL 33630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **8201**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Bruce Lee**
**5500 34th St W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Cameron Badour**
**5300 34th Street**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Cameron Brown**
**4524 87st Court West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Cameron Jensen**
**4524 87th Street Ct W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Catherine Boyer**
**12901 42nd Terrace West**
**Cortez, FL 34215**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PMP Fitness Corp**                                           Case number (if known) _____

Name

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chad and Stephen Tolentino**
**5157 39th St W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Charles Harnish**
**3760 Pinebrook Circle**
**Apt. 1**
**Bradenton, FL 34209**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chelsea Calderone**
**4550 47th Street West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Bleich**
**5500 34th Street West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Zereda**
**5500 34th St W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christina Aldridge**
**3452 51st Avenue Circle West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clay Barlow**
**2727 75th Street West**
**Apt. 1AL**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                              Case number (if known) _____
_____
Name

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,125.00** |
|---|---|---|---|

**Commerical Fitness Products**
**10360 Timberstone Rd.**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corey Fozzard**
**2980 50th Avenue West**
**Apt. 13**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cozetta Kelly**
**3188 Dry Ridge Road**
**Saint Albans, WV 25177**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dale and Idalina Myers**
**6516 Bowdoin Place**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Martinez**
**4880 51st St West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danny Wiedenhoft**
**3308 52nd Avenue Dr W**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darren Lu**
**2508 47th Ave Dr W**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **PMP Fitness Corp**                                        Case number (if known) _____
         Name

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Darwin Leon**
**5217 34th St CT W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daulet Alimbatyr**
**550 34th Street West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dave Warfel**
**2767 73rd Court W**
**Bradenton, FL 34209**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**David Callahan**
**6441 Seagull Drive #270**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Debbie Ryder**
**3119 36th Avenue W**
**Bradenton, FL 34205**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Denard Richardson**
**1102 Southern Pine Lane**
**Sarasota, FL 34243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Diane Forsell**
**6114 Coral Way**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **PMP Fitness Corp**                                   Case number (if known) _____
         Name

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.69** **Nonpriority creditor's name and mailing address**
**Donald Amerman Jr.**
**3500 El Conquistador Pkwy.**
**Bradenton, FL 34210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.70** **Nonpriority creditor's name and mailing address**
**Donald Zimmerman**
**4315 Mirabella Circle**
**Bradenton, FL 34210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.71** **Nonpriority creditor's name and mailing address**
**Dorna Virgo**
**6450 Wild Oak Bay Blvd #238**
**Bradenton, FL 34210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.72** **Nonpriority creditor's name and mailing address**
**Dyllan Pinette**
**1015 12th Ave W**
**Drift Lane Lot 11**
**Palmetto, FL 34221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.73** **Nonpriority creditor's name and mailing address**
**Edward Johnson**
**5507 21st St CT W**
**Bradenton, FL 34207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74** **Nonpriority creditor's name and mailing address**
**Eileen & Walter Grabenstein**
**3224 Chicago Avenue**
**Bradenton, FL 34207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.75** **Nonpriority creditor's name and mailing address**
**Elide Cristina**
**3541 53rd Avenue West**
**Bradenton, FL 34210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **PMP Fitness Corp**                                   Case number (if known) _____
         _____
         Name

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Peterson**
**4303 Mirabella Cir**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Rivera**
**5124 36th St W**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erin Sullivan**
**5959 Palm Lane**
**Bradenton, FL 34207**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ernestine Van Schaik**
**4122 61st Ave Ter W**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fabian Mauritzson**
**3795 59th Ave W**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$583.36** |
|---|---|---|---|

**Florida Blue Consumer**
**PO Box 30286**
**Tampa, FL 33630**

Date(s) debt was incurred _
Last 4 digits of account number  **8393**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$572.00** |
|---|---|---|---|

**Florida Power & Light**
**PO Box 029100**
**General Office**
**Miami, FL 33102**

Date(s) debt was incurred _
Last 4 digits of account number  **2298**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PMP Fitness Corp**                                              Case number (if known) _____
        Name

| | | |
|---|---|---|
| **3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Florida Power & Light Co**
**PO Box 025576**
**Miami, FL 33102**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Gabriel Pilones**
**3701 54th Dr West**
**Building 17101**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Genevra Simonson**
**4408 LaJolla Dr**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Gerald Bennett**
**2183 SW 45th Street**
**Corvallis, OR 97333**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Gerald Scott**
**4550 47th St W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Glenda O'Connor**
**6101 34th St W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Greg Wilson**
**3942 75th St W #1302**
**Bradenton, FL 34209**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PMP Fitness Corp**                                              Case number (if known) _____
         Name

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Gregorio Perez**
**1336 Idleworld Ct**
**Sarasota, FL 34243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Hans Sockbauer**
**5012 54th Street West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Healthways**
**1445 South Spectrum**
**Ste 100**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Helen Pettinati**
**5143 55th St Cir W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Homar Williams**
**2232 Sunset Blvd.**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Howard Panes**
**5522 46th Court West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Howard Taylor**
**1502 Dartmouth Drive**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **PMP Fitness Corp**
Name

Case number (if known)

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ian Foster**
**2561 Mellow Woods Drive**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ian Rintala**
**1570 River Road**
**New Hope, PA 18938**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ildar Karimov**
**3543 59th Avenue West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Imelda Ramirez**
**2908 47th Avenue West**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Inge Boudreau**
**178 Pineneedle Drive**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Irene Rowell**
**2303 48th Ave W**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Isidra Ramirez**
**2908 47th Avenue West**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **PMP Fitness Corp**
 _____
  Name

Case number (if known) _____

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jack Sossamon**
**1416 55 Ave W**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**James  Jackman**
**1811 80th Street Ct. W**
**Bradenton, FL 34209**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**James and Julia Hegarty**
**7115 27th Avenue West**
**Bradenton, FL 34209**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**James Bravo**
**4140 53rd Avenue West**
**#805**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**James Elsey**
**5500 34th Street West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jami Harrington**
**629 13th Avenue East**
**Bradenton, FL 34208**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jamison Ingram**
**5500 34th Street West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **PMP Fitness Corp**
_____
      Name

Case number (if known) _____

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jane Evans**
**4711 61st Ave. Terrace West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jane Mouzavires**
**311 17th Street**
**Bradenton Beach, FL 34217**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Janice Troxler**
**4408 Lajolla Dr**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jason Smithers**
**2800 50th Avenue W**
**Apt 25**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jeff Brown**
**808 37th Drive East**
**Bradenton, FL 34208**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jeff Lashway**
**362 Springdale Drive**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jeffrey Apple**
**4708 50th Avenue west**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **PMP Fitness Corp**
Name

Case number (if known)

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jeffrey J. Lomar**
**3895 NW 183rd St**
**Opa Locka, FL 33055**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Lawsuit - auto accident -

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jeffrey Jerome Lollar**
**3895 NW 183rd St**
**Opa Locka, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jeremy Jackman**
**1811 80th Street Ct. W**
**Bradenton, FL 34209**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesse Sliger**
**4009 51st place W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jill Kinghorn**
**4711 61st Avenue Ter W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jim and Phyllis Ferry**
**6428 Columbia Drive**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jodi VanEss**
**12635 14th Avenue**
**Grand Rapids, MI 49534**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **PMP Fitness Corp**
_____
          Name

Case number (if known) _____

| | |
|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** |
| | **Joe Perea** |
| | **4802 51st Street W** |
| | **Bradenton, FL 34210** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** |
| | **John Sands** |
| | **6111 Barnard Road** |
| | **Bradenton, FL 34207** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** |
| | **John Townsend** |
| | **6000 Erie Road** |
| | **Parrish, FL 34219** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** |
| | **John Tuttle** |
| | **2740 50th Ave W** |
| | **Bradenton, FL 34207** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** |
| | **John Wester** |
| | **3470 West Idoak Bay Road** |
| | **Bradenton, FL 34210** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** |
| | **Jonas Fitness** |
| | **16969 N Texas Ave** |
| | **Ste 500** |
| | **TX 77698** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Store -Snap Fitness West Bradenton 1101**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** |
| | **Jordan Doran** |
| | **4601 66th Street West** |
| | **Apt, 425B** |
| | **Bradenton, FL 34210** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **PMP Fitness Corp**                                     Case number (if known) _____
        Name

| | |
|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** |

| | | | |
|---|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jordan Scott** | ■ Contingent | |
| | **1261 Kay Terrace Konyers** | ■ Unliquidated | |
| | **Conyers, GA 30013** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jose Alejandro Mendoza** | ☐ Contingent | |
| | **5700 NW 3nd Ave #512** | ☐ Unliquidated | |
| | **Boca Raton, FL 33487** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jose Pantoja** | ■ Contingent | |
| | **234 55th Ave PL West** | ■ Unliquidated | |
| | **Bradenton, FL 34207** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Joshua Caudill** | ■ Contingent | |
| | **1011 51st Avenue Drive West** | ■ Unliquidated | |
| | **Bradenton, FL 34207** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Juan Pablo Ramirez** | ■ Contingent | |
| | **5500 34th Street West** | ■ Unliquidated | |
| | **Bradenton, FL 34210** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Justin Dowell** | ■ Contingent | |
| | **3112 Bayshore Gardens Pkwy** | ■ Unliquidated | |
| | **Bradenton, FL 34210** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Kairey Martell** | ■ Contingent | |
| | **6210 42nd Avenue West** | ■ Unliquidated | |
| | **Bradenton, FL 34209** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **PMP Fitness Corp**
Name

Case number (if known)

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Keith and Christine Siegert**
**882 Hatfield Cir**
**Saline, MI 48176**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ken Munn**
**PO Box 209**
**North Eastham, MA 02651**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kennedy Bridgeforth**
**3470 west Idoak Bay Road**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kenneth McConnoughey**
**5150 51st Lane W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kiana Agosio**
**4226 52nd Pl West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kimberly Knox**
**5522 46th Court West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kristi Selvey**
**7020 45th Ave W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    **PMP Fitness Corp**
Name

Case number (if known)

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kristine Nordstrom**
**3435 Wild Oak Boulevard**
**#431**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kyle Sylvestyer**
**6000 Erie Road**
**Parrish, FL 34219**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ladislav  Vanis**
**5159 36th Street West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Law Office of William Souza**
**155 NW 167th Street**
**Miami, FL 33169**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lawrence & Michelle Klepper**
**5855 Los Verdes Court**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Leslie Huntington**
**2740 50th Ave W**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Leslie Mura**
**602 Springs Lakes Blvd.**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                         Case number (if known) _____
_____
              Name

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

3.153   **Nonpriority creditor's name and mailing address**

**Liam Miszeack**
**3622 Aviendre Madera**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.154   **Nonpriority creditor's name and mailing address**

**Linda Kvamme**
**3271 51st Ave Dr W**
**Bradenton, FL 34207**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.155   **Nonpriority creditor's name and mailing address**

**Linda Schultz**
**2808 60th Ave W   #704**
**Bradenton, FL 34207**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.156   **Nonpriority creditor's name and mailing address**

**Lorraine Jackman**
**1811 80th St. Ct. W**
**Bradenton, FL 34209**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.157   **Nonpriority creditor's name and mailing address**

**Lynn Rabens**
**5400 34th St W**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.158   **Nonpriority creditor's name and mailing address**

**Madeline Sanchez-Patel**
**6033 34th St W**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.159   **Nonpriority creditor's name and mailing address**

**Mariam Jamal**
**5500 34th St West**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                         Case number (if known) _____
              Name

| | |
|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** |
| | **Martin Skiffington** |
| | **6012 45th Street West** |
| | **Bradenton, FL 34210** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** |
| | **Mary Mbogoro** |
| | **3728 59th Ave W** |
| | **Bradenton, FL 34210** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** |
| | **Mary Pugel (Gorn)** |
| | **5400 34th Street West** |
| | **Unit 6D** |
| | **Bradenton, FL 34210** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** |
| | **Matt Morreale** |
| | **4136 53rd Avenue West** |
| | **Bradenton, FL 34210** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** |
| | **Megan Olsen** |
| | **5960 36th St W** |
| | **Bradenton, FL 34210** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** |
| | **Mehreen and Nadeem Makada** |
| | **303 Lakeview Way** |
| | **Redwood City, CA 94062** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** |
| | **Melissa and Michael Plambeck** |
| | **5522 46th Ct W** |
| | **Bradenton, FL 34210** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **PMP Fitness Corp**
_____    Case number (if known) _____
    Name

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melissa Hamilton**
**2713 20th Avenue West**
**Bradenton, FL 34205**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melton Little**
**3707 Avendia Madera**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael and Peter Torres**
**2826 46th Ave Dr W**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Bull**
**1816 Ohio Street**
**Holmes Beach, FL 34218**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Cormack**
**4211 Caddie Drive East**
**Apt, 103**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michelle Klepper**
**5855 Los Verdes Court**
**Bradenton, FL 34210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mike & Patricia O'Driscoll**
**4460 Fairways Blvd  #208**
**Bradenton, FL 34209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **PMP Fitness Corp**                                            Case number (if known) _____
_____
Name

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nadeem Makada**
**303 Lakeview Way**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicolas Probosz**
**5522 46th Ct W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicole DeJongh**
**4634 56th Dr. E.**
**Bradenton, FL 34203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nighthawk Security**
**PO Box 25035**
**Saint Paul, MN 55125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0331**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Oliver Javier**
**4722 33rd Street W**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pam Turner**
**2808 60th Ave W 704**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia Wilson**
**7108 50th Ave Dr East**
**Bradenton, FL 34203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PMP Fitness Corp**                                        Case number (if known) _____
_____
Name

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Paul Pujazon**
**4634 56th Dr. E.**
**Bradenton, FL 34203**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Paul Santos**
**277 Meaden Trace**
**Thomasville, GA 31792**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pauline Snyder**
**2808 50th Avenue W 704**
**Bradenton, FL 34207**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pavel Vanis**
**5159 36th Street West**
**Bradenton, FL 34210**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Peggy Conolly**
**3220 49th Avenue Drive West**
**Bradenton, FL 34207**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Peter and Elba Colliard**
**5135 41st Street West**
**Bradenton, FL 34210**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Business Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Peter and Sherry Mancuso**
**4802 51st St West  #420**
**Bradenton, FL 34210**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **PMP Fitness Corp**
Name

Case number (if known) _____

| | |
|---|---|

**3.188**   **Nonpriority creditor's name and mailing address**

**Peter Hunt**
**3608 54th Drive West**
**Unit J 101**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.189**   **Nonpriority creditor's name and mailing address**

**Philip Smith**
**3705 Avenida Madera**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.190**   **Nonpriority creditor's name and mailing address**

**RB 1995 Trust and WR-I XV**
**PO Box 823201**
**Philadelphia, PA 19182-3201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.191**   **Nonpriority creditor's name and mailing address**

**Regent Allard**
**1120 53rd Avenue West**
**Bradenton, FL 34203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.192**   **Nonpriority creditor's name and mailing address**

**Reginold Randolph**
**2713 60th Ave Dr W**
**Bradenton, FL 34207**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.193**   **Nonpriority creditor's name and mailing address**

**Richard  and Susan Palmer**
**5400 34th St W 10E**
**Bradenton, FL 34210**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.194**   **Nonpriority creditor's name and mailing address**

**Richard Kuzmich**
**3515 Fair Oaks Court**
**Longboat Key, FL 34228**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **PMP Fitness Corp**
_____
Name

Case number (if known)    _____

| | |
|---|---|

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Richard Sconyers**
**5609 19th St W**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Richard Teav**
**3600 Lake Bayshore Dr**
**Apt 318**
**Sarasota, FL 34243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Richard Thompson**
**4633 LaJolla Dr**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Rob Easom Jr.**
**5500 34th Street West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Robert Easom**
**5500 34th Street West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Roger Carlson**
**378 24th Lane SE**
**Cambridge, MN 55008**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Roger Kelly**
**3188 Dry Ridge Road**
**Saint Albans, WV 25177**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **PMP Fitness Corp**
Name

Case number (if known)

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

3.202 **Rolando Romero**
**980 NW 104th Ave #106**
**Hollywood, FL 33026**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

3.203 **Nonpriority creditor's name and mailing address**
**Ruben Perez**
**6427 Wellesley Dr**
**Bradenton, FL 34207**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

3.204 **Nonpriority creditor's name and mailing address**
**Rustaum Rasulmuthamedov**
**5500 34th St W**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

3.205 **Nonpriority creditor's name and mailing address**
**Ryan Freeman**
**5500 34th Street West**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

3.206 **Nonpriority creditor's name and mailing address**
**Sallie Lau**
**4330 Pinebrook Circle  #3**
**Columbus, OH 43209**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

3.207 **Nonpriority creditor's name and mailing address**
**Samuel Hitch**
**3619 57th Ave. Dr. W**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

3.208 **Nonpriority creditor's name and mailing address**
**Sandra Pujazon**
**6033 34th St W Apt #8**
**Bradenton, FL 34210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                             Case number (if known) _____
          Name

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Shay Kumm**
**4002 51st Drive West**
**Bradenton, FL 34210**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93,875.44** |

**Snap Fitness Corporate**
**2411 Galpin Court  #110**
**Chanhassen, MN 55317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:**  **Snap Fitness West Bradenton 1101**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Steve Tsangalias**
**28020 Moran St**
**Harrison Township, MI 48045**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Steven Perkins**
**5400 26th St W**
**Bradenton, FL 34210**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Steven Renaud**
**4420 Calm Harbor**
**Bradenton, FL 34210**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Steven Schanze**
**5139 41st Street W**
**Bradenton, FL 34210**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Sydney Biller**
**5623 Title Row Drive**
**Bradenton, FL 34210**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **PMP Fitness Corp**                                    Case number (if known) _____
         _____
         Name

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tariq Halib**
**6431 1st Street East**
**Bradenton, FL 34203**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ted Edgerton**
**823 Roaring Brook Drive**
**Lansing, MI 48917**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terence Brennan**
**5959 Palm Lane**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Teresa Jackson**
**6033 34th St W Apt #8**
**Bradenton, FL 34210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Murphy**
**6415 21st Avenue W**
**#C212**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tim Simpson**
**3308 31st St W**
**Bradenton, FL 34205**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tingxue and Yongping Gu**
**3414 Avenida Medera**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **PMP Fitness Corp**                                             Case number (if known)   _____
         Name

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tom Miszczak**
**5514 Title Road drive**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Toni Didas**
**6612 Case Avenue**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Webb**
**2416 18th Street East**
**Bradenton, FL 34208**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Troy Gonzalez**
**4168 53rd Ave. W**
**Apt. 1404**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Uijun Cheong**
**5500 34th**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vanessa Capeheart**
**3600 Lake Bayshore Drive**
**Apt. 318**
**Sarasota, FL 34243**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vernon Fields**
**1165 Fox Creek Drive**
**Sarasota, FL 34240**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **PMP Fitness Corp**
_____
Name

Case number (if known)   _____

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Virginia & Alexander Bogdan**
**36 Harmon Street**
**Long Beach, NY 11561**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Walter & Eileen Grabenstein**
**3224 Chicage Ave**
**Bradenton, FL 34207**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wataru Igari**
**309 Timberlake Drive**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wayne Sadler**
**101 NE 154th Street**
**Miami, FL 33167**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wei Jun Yu**
**5109 40th St W**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**William Barclay**
**5500 34th West**
**Bradenton, FL 34210**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**William Bay**
**PO Box 1772**
**Oneco, FL 34264**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **PMP Fitness Corp**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.237** **Nonpriority creditor's name and mailing address**

**William Mulory**
**4334 Mirabella Circle**
**Bradenton, FL 34210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238** **Nonpriority creditor's name and mailing address**

**Wilmy Moise**
**9003 Kingston Road**
**Bradenton, FL 34210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239** **Nonpriority creditor's name and mailing address**

**Zachary Schwartz**
**5220 Dexter Ann Arbor Rd.**
**Ann Arbor, MI 48103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barry & Maureen Sikes**<br>**808 3rd Ave W**<br>**Unit 205**<br>**Bradenton, FL 34205** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Barry & Maureen Sikes**<br>**431 Arrowhatchee Dr**<br>**Winder, GA 30680** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Barry & Maureen Sikes**<br>**5342 Bentgrass Way**<br>**Bradenton, FL 34211** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Benderson Development**<br>**570 Delaware Ave**<br>**Buffalo, NY 14202** | Line **3.36**<br><br>☐ Not listed. Explain ____ | **2909** |
| 4.5 | **RB 1995 Trust and WR-I XV**<br>**PO Box 823201**<br>**Philadelphia, PA 19182-3201** | Line **3.36**<br><br>☐ Not listed. Explain ____ | **2909** |
| 4.6 | **William F. Souza, P.A.**<br>**155 NW 167th St**<br>**Penthouse**<br>**Miami, FL 33169** | Line **3.118**<br><br>☐ Not listed. Explain ____ | _ |

---

Official Form 206 E/F  **Schedule E/F: Creditors Who Have Unsecured Claims**  **Page 36 of 37**

Debtor    **PMP Fitness Corp**
Name

Case number (if known)

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,807.17 |
| **5b. Total claims from Part 2** | 5b. + | $ 451,704.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 455,511.97 |

---

**Fill in this information to identify the case:**

Debtor name   **PMP Fitness Corp**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Premises Lease** | |
| | State the term remaining | | **Benderson Development Company LLC** |
| | List the contract number of any government contract | | **7978 Cooper Creek Blvd. No. 100 Bradenton, FL 34201** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
| | State the term remaining | **03/24/2024** | **Snap Fitness 24/7** |
| | List the contract number of any government contract | | **2411 Galpin Ct. Ste. 110 Chanhassen, MN 55317** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **PMP Fitness Corp**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Paul Pujazon** | **4634 56th Dr. E. Bradenton, FL 34203** | **Benderson Development** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |
| 2.2 | **Paul Pujazon** | **4634 56th Dr. E. Bradenton, FL 34203** | **Snap Fitness 24/7** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.2__ |

**Fill in this information to identify the case:**

Debtor name    **PMP Fitness Corp**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<table>
<tr><td colspan="3"><b>Part 1:</b>    <b>Income</b></td></tr>
</table>

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$182,385.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$187,565.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

<table>
<tr><td colspan="3"><b>Part 2:</b>    <b>List Certain Transfers Made Before Filing for Bankruptcy</b></td></tr>
</table>

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **PMP Fitness Corp**                                         Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Snap Fitness Corp** **2411 Galpin Ct #110** **Chanhassen, MN 55317** | **March 2016** **$2,034.00;** **April, 2016** **$1,454.05;** **May 2016** **$1,494.16** | **$4,902.21** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __**Franchise**__ |
| 3.2. **Benderson Development Company LLC** **7978 Cooper Creek Blvd.** **Suite 100** **Bradenton, FL 34201** | **March 2016** **$4,500.00;** **April 2016** **$3,000.00** | **$7,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __**Lease**__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                                Case number *(if known)* _____

---

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cole & Cole Law, P.A.**<br>**46 N. Washington Blvd., Ste. 24**<br>**Sarasota, FL 34236** | **Attorney Fees: $2,000.00; Filing Fee: $335.00** | **05/27/2016 - $665.00**<br>**06/06/2016 - $670.00** | **$2,335.00** |
| | Email or website address<br>**RJC@COLECOLELAW.COM** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **PMP Fitness Corp**                                                  Case number *(if known)*  _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **PMP Fitness Corp**                                                                    Case number *(if known)* _____

## 20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Paul Pujazon**<br>**4634 56th Dr. E.**<br>**Bradenton, FL 34203** | | **Printer** | **Unknown** |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **PMP Fitness Corp**                                          Case number *(if known)* _____

Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
       ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Marisela Alvarez**
**3220 17th St.**
**Sarasota, FL 34235** | **2014 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■    No
☐    Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul Pujazon** | **4634 56th Dr. E.**
**Bradenton, FL 34203** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■    No
☐    Yes. Identify below.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **6**

Debtor   **PMP Fitness Corp**                                    Case number *(if known)*

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐   No

■   Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Paul Pujazon**<br>**4634 56th Dr. E.**<br>**Bradenton, FL 34203** | **$13,514.52 (approx.)** | **Various** | **Compensation and Draws** |
| | **Relationship to debtor**<br>**President** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **PMP Fitness Corp**                                          Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. | | 11/04/15 - $500.00 | |
| | | 12/18/15 - $1,000.00 | |
| | | 12/11/15 - $1,000.00 | |
| | | 03/15/16 - $517.00 | |
| | | 04/15/16 - $517.00 | |
| | | 04/29/16 - $517.00 | |
| | | 04/01/16 - $517.00 | |
| | | 03/10/16 - $1,250.00 | |
| | | 02/15/16 - $1,250.00 | |
| | | 03/03/16 - $1,250.00 | |
| | | 01/29/16 - $1,000.00 | |
| | | 04/29/16 - $800.00 | |
| | | 02/26/16 - $1,250.00 | |
| | | 01/15/16 - $1,000.00 | |
| | | 04/01/16 - $1,000.00 | |
| | | 11/13/15 - $1,000.00 | |
| | | 10/30/15 - $1,000.00 | |
| | | 03/25/16 - $1,250.00 | |
| | | 05/18/16 - $450.00 | |
| | | 10/15/15 - $1,000.00 | |
| | | 03/16/16 - $1,250.00 | |
| | | 04/08/16 - $500.00 | |
| **Nicole DeJongh** **4634 56th Dr. E.** **Bradenton, FL 34203** | **$21,068.00** | 12/03/15 - $1,250.00 | **Compensation** |
| **Relationship to debtor** **President's Domestic Partner and Employee** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■   No
☐   Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **PMP Fitness Corp**                                      Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       **June 23, 2016**

**/s/ Paul M. Pujazon**                              **Paul M. Pujazon**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      **Owner/President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **PMP Fitness Corp**                                                    Case No.
                                    Debtor(s)                    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **June 23, 2016**                          **/s/ Paul M. Pujazon**
                                            **Paul M. Pujazon**/**Owner/President**
                                            Signer/Title

PMP Fitness Corp
4634 56th Dr. E.
Bradenton, FL 34203

Alessandra Danna
3473 51st Avenue Circle
Bradenton, FL 34210

Amrita & Arunadevi Shanmugam
6116 43rd St W
Bradenton, FL 34210

R. John Cole, II
Cole & Cole Law, P.A.
46 N. Washington Blvd., Ste. 24
Sarasota, FL 34236

Alex and Rodlez Molina
4128 53rd Avneu West
Bradenton, FL 34210

Andreas Weber
3508 51st Avenue Dr. West
Bradenton, FL 34210

Aaron Silvius
1322 54th Avenue East
Bradenton, FL 34202

Alexander & Virginia Bogdan
36 Harmon Street
Long Beach, NY 11561

Andrew Holloway
4200 53rd Avenue West  #1706
Bradenton, FL 34210

Aaron Turner
5610 25th St W
Bradenton, FL 34207

Alexander Underwood
2891 52nd Ave Dr W
Bradenton, FL 34210

Andrew Mullins
3760 Pinebrook Circle
Apt. 1
Bradenton, FL 34209

Adam Valentine
7020 45th Ave W
Bradenton, FL 34210

Alicia Johnson
4140 53rd Avenue West
Bradenton, FL 34210

Andrew Rose
3541 53rd Avenue West
Bradenton, FL 34210

Adrian and Allen Nakayama
4014 52nd Drive West
Bradenton, FL 34210

Allan Ball
4007 30th Lane East
Bradenton, FL 34208

Andrew Wilkinson
5600 34th St W
Bradenton, FL 34210

Adriana Aguirre
315 60th Avenue East
Bradenton, FL 34203

Alyssanne Vella
141 W Davis Street
Apt. D
Decatur, GA 30030

Angela Belsito
6466 Seagull Drive
Bradenton, FL 34210

Alan  Boudreau
4532 La Jolla Drive
Bradenton, FL 34210

Amelia Forgey
2008 Sunset Drive
Bradenton, FL 34207

Ann and John Pfeiffer
1628 Old Manor Drive
Derby, NY 14047

Albert Defazio
1837 Satinwood Court
Vienna, VA 22182

American Specialty Health
10221 Waterridge Cr
San Diego, CA 92121

Anthony Gonzalez
3535 46th Ave. Dr. W
Bradenton, FL 34210

Anthony Tomblin
520 65th Ave W
Bradenton, FL 34210

Barry and Maureen Sikes
102 Riviera Dunes Way
Palmetto, FL 34221

Bojan Miocic
4140 53rd Street West
Bradenton, FL 34205

Antonio Belsito
6466 Seagull Drive
Bradenton, FL 34210

Barry and Maureen Sikes
431 Arrowhatchee Drive
Winder, GA 30680

Brenda and Dave Bridgeforth
3470 West Idoak Bay Road
Bradenton, FL 34210

Aristo Martinez Jr.
910 17th St West
Bradenton, FL 34205

Ben French
4136 53rd Avenue West
Bradenton, FL 34210

Brian Engel
5609 19th Street West
Bradenton, FL 34207

Arthur Christopher Samuel
1114 27th Street East
Bradenton, FL 34208

Ben Patterson
6716 Coneha Drive
Sarasota, FL 34243

Bright House Networks
PO Box 30765
Tampa, FL 33630

Ashley Niewiabomski
4802 51st  W
Bradenton, FL 34210

Benderson Development
Company LLC
7978 Cooper Creek Blvd.
No. 100
University Park, FL 34201

Bruce Lee
5500 34th St W
Bradenton, FL 34210

Barb Olafsson
5905 43rd St W
Bradenton, FL 34210

Benderson Development
570 Delaware Ave
Buffalo, NY 14202

Cameron Badour
5300 34th Street
Bradenton, FL 34210

Barry & Maureen Sikes
808 3rd Ave W
Unit 205
Bradenton, FL 34205

Benderson Development
Company LLC
7978 Cooper Creek Blvd.
No. 100
Bradenton, FL 34201

Cameron Brown
4524 87st Court West
Bradenton, FL 34210

Barry & Maureen Sikes
5342 Bentgrass Way
Bradenton, FL 34211

Betsy McCormack
12220 Sunnydale Dr
Fort Lauderdale, FL 33308

Cameron Jensen
4524 87th Street Ct W
Bradenton, FL 34210

Barry & Maureen Sikes
431 Arrowhatchee Dr
Winder, GA 30680

Beverly Foraker
1018 49th Ave. Terrace W
Bradenton, FL 34210

Catherine Boyer
12901 42nd Terrace West
Cortez, FL 34215

Chad and Stephen Tolentino
5157 39th St W
Bradenton, FL 34210

Cozetta Kelly
3188 Dry Ridge Road
Saint Albans, WV 25177

Debbie Ryder
3119 36th Avenue W
Bradenton, FL 34205

Charles Harnish
3760 Pinebrook Circle
Apt. 1
Bradenton, FL 34209

Dale and Idalina Myers
6516 Bowdoin Place
Bradenton, FL 34207

Denard Richardson
1102 Southern Pine Lane
Sarasota, FL 34243

Chelsea Calderone
4550 47th Street West
Bradenton, FL 34210

Daniel Martinez
4880 51st St West
Bradenton, FL 34210

Diane Forsell
6114 Coral Way
Bradenton, FL 34207

Chris Bleich
5500 34th Street West
Bradenton, FL 34210

Danny Wiedenhoft
3308 52nd Avenue Dr W
Bradenton, FL 34207

Donald Amerman Jr.
3500 El Conquistador Pkwy.
Bradenton, FL 34210

Christian Zereda
5500 34th St W
Bradenton, FL 34210

Darren Lu
2508 47th Ave Dr W
Bradenton, FL 34207

Donald Zimmerman
4315 Mirabella Circle
Bradenton, FL 34210

Christina Aldridge
3452 51st Avenue Circle West
Bradenton, FL 34210

Darwin Leon
5217 34th St CT W
Bradenton, FL 34210

Dorna Virgo
6450 Wild Oak Bay Blvd #238
Bradenton, FL 34210

Clay Barlow
2727 75th Street West
Apt. 1AL
Bradenton, FL 34210

Daulet Alimbatyr
550 34th Street West
Bradenton, FL 34210

Dyllan Pinette
1015 12th Ave W
Drift Lane Lot 11
Palmetto, FL 34221

Commerical Fitness Products
10360 Timberstone Rd.
Alpharetta, GA 30022

Dave Warfel
2767 73rd Court W
Bradenton, FL 34209

Edward Johnson
5507 21st St CT W
Bradenton, FL 34207

Corey Fozzard
2980 50th Avenue West
Apt. 13
Bradenton, FL 34207

David Callahan
6441 Seagull Drive #270
Bradenton, FL 34210

Eileen & Walter Grabenstein
3224 Chicago Avenue
Bradenton, FL 34207

Elide Cristina
3541 53rd Avenue West
Bradenton, FL 34210

Florida Power & Light Co
PO Box 025576
Miami, FL 33102

Healthways
1445 South Spectrum
Ste 100
Chandler, AZ 85286

Eric Peterson
4303 Mirabella Cir
Bradenton, FL 34210

Gabriel Pilones
3701 54th Dr West
Building 17101
Bradenton, FL 34210

Helen Pettinati
5143 55th St Cir W
Bradenton, FL 34210

Eric Rivera
5124 36th St W
Bradenton, FL 34210

Genevra Simonson
4408 LaJolla Dr
Bradenton, FL 34210

Homar Williams
2232 Sunset Blvd.
Bradenton, FL 34207

Erin Sullivan
5959 Palm Lane
Bradenton, FL 34207

Gerald Bennett
2183 SW 45th Street
Corvallis, OR 97333

Howard Panes
5522 46th Court West
Bradenton, FL 34210

Ernestine Van Schaik
4122 61st Ave Ter W
Bradenton, FL 34210

Gerald Scott
4550 47th St W
Bradenton, FL 34210

Howard Taylor
1502 Dartmouth Drive
Bradenton, FL 34207

Fabian Mauritzson
3795 59th Ave W
Bradenton, FL 34210

Glenda O'Connor
6101 34th St W
Bradenton, FL 34210

Ian Foster
2561 Mellow Woods Drive
Bradenton, FL 34210

Florida Blue Consumer
PO Box 30286
Tampa, FL 33630

Greg Wilson
3942 75th St W #1302
Bradenton, FL 34209

Ian Rintala
1570 River Road
New Hope, PA 18938

Florida Dep't of Rev.
505 W. Tenn. St.
Tallahassee, FL 32399

Gregorio Perez
1336 Idleworld Ct
Sarasota, FL 34243

Ildar Karimov
3543 59th Avenue West
Bradenton, FL 34210

Florida Power & Light
PO Box 029100
General Office
Miami, FL 33102

Hans Sockbauer
5012 54th Street West
Bradenton, FL 34210

Imelda Ramirez
2908 47th Avenue West
Bradenton, FL 34207

Inge Boudreau
178 Pineneedle Drive
Bradenton, FL 34210

Jami Harrington
629 13th Avenue East
Bradenton, FL 34208

Jeffrey J. Lomar
3895 NW 183rd St
Opa Locka, FL 33055

Irene Rowell
2303 48th Ave W
Bradenton, FL 34207

Jamison Ingram
5500 34th Street West
Bradenton, FL 34210

Jeffrey Jerome Lollar
3895 NW 183rd St
Opa Locka, FL 33055

IRS
Centralized Insolvency
Operation
PO Box 21126
Philadelphia, PA 19114

Jane Evans
4711 61st Ave. Terrace West
Bradenton, FL 34210

Jeremy Jackman
1811 80th Street Ct. W
Bradenton, FL 34209

Isidra Ramirez
2908 47th Avenue West
Bradenton, FL 34207

Jane Mouzavires
311 17th Street
Bradenton Beach, FL 34217

Jesse Sliger
4009 51st place W
Bradenton, FL 34210

Jack Sossamon
1416 55 Ave W
Bradenton, FL 34207

Janice Troxler
4408 Lajolla Dr
Bradenton, FL 34210

Jill Kinghorn
4711 61st Avenue Ter W
Bradenton, FL 34210

James   Jackman
1811 80th Street Ct. W
Bradenton, FL 34209

Jason Smithers
2800 50th Avenue W
Apt 25
Bradenton, FL 34207

Jim and Phyllis Ferry
6428 Columbia Drive
Bradenton, FL 34207

James and Julia Hegarty
7115 27th Avenue West
Bradenton, FL 34209

Jeff Brown
808 37th Drive East
Bradenton, FL 34208

Jodi VanEss
12635 14th Avenue
Grand Rapids, MI 49534

James Bravo
4140 53rd Avenue West
#805
Bradenton, FL 34210

Jeff Lashway
362 Springdale Drive
Bradenton, FL 34210

Joe Perea
4802 51st Street W
Bradenton, FL 34210

James Elsey
5500 34th Street West
Bradenton, FL 34210

Jeffrey Apple
4708 50th Avenue west
Bradenton, FL 34210

John Sands
6111 Barnard Road
Bradenton, FL 34207

John Townsend
6000 Erie Road
Parrish, FL 34219

Juan Pablo Ramirez
5500 34th Street West
Bradenton, FL 34210

Kimberly Knox
5522 46th Court West
Bradenton, FL 34210

John Tuttle
2740 50th Ave W
Bradenton, FL 34207

Justin Dowell
3112 Bayshore Gardens Pkwy
Bradenton, FL 34210

Kristi Selvey
7020 45th Ave W
Bradenton, FL 34210

John Wester
3470 West Idoak Bay Road
Bradenton, FL 34210

Kairey Martell
6210 42nd Avenue West
Bradenton, FL 34209

Kristine Nordstrom
3435 Wild Oak Boulevard
#431
Bradenton, FL 34210

Jonas Fitness
16969 N Texas Ave
Ste 500
TX 77698

Keith and Christine Siegert
882 Hatfield Cir
Saline, MI 48176

Kyle Sylvestyer
6000 Erie Road
Parrish, FL 34219

Jordan Doran
4601 66th Street West
Apt, 425B
Bradenton, FL 34210

Ken Burton, Jr.
Manatee County Tax Collector
P. O.  Box 25300
Bradenton, FL 34206-5300

Ladislav   Vanis
5159 36th Street West
Bradenton, FL 34210

Jordan Scott
1261 Kay Terrace Konyers
Conyers, GA 30013

Ken Munn
PO Box 209
North Eastham, MA 02651

Law Office of William Souza
155 NW 167th Street
Miami, FL 33169

Jose Alejandro Mendoza
5700 NW 3nd Ave #512
Boca Raton, FL 33487

Kennedy Bridgeforth
3470 west Idoak Bay Road
Bradenton, FL 34210

Lawrence & Michelle Klepper
5855 Los Verdes Court
Bradenton, FL 34210

Jose Pantoja
234 55th Ave PL West
Bradenton, FL 34207

Kenneth McConnoughey
5150 51st Lane W
Bradenton, FL 34210

Leslie Huntington
2740 50th Ave W
Bradenton, FL 34207

Joshua Caudill
1011 51st Avenue Drive West
Bradenton, FL 34207

Kiana Agosio
4226 52nd Pl West
Bradenton, FL 34210

Leslie Mura
602 Springs Lakes Blvd.
Bradenton, FL 34210

Liam Miszeack
3622 Aviendre Madera
Bradenton, FL 34210

Mary Pugel (Gorn)
5400 34th Street West
Unit 6D
Bradenton, FL 34210

Michael Cormack
4211 Caddie Drive East
Apt, 103
Bradenton, FL 34210

Linda Kvamme
3271 51st Ave Dr W
Bradenton, FL 34207

Matt Morreale
4136 53rd Avenue West
Bradenton, FL 34210

Michelle Klepper
5855 Los Verdes Court
Bradenton, FL 34210

Linda Schultz
2808 60th Ave W   #704
Bradenton, FL 34207

Megan Olsen
5960 36th St W
Bradenton, FL 34210

Mike & Patricia O'Driscoll
4460 Fairways Blvd  #208
Bradenton, FL 34209

Lorraine Jackman
1811 80th St. Ct. W
Bradenton, FL 34209

Mehreen and Nadeem Makada
303 Lakeview Way
Redwood City, CA 94062

Nadeem Makada
303 Lakeview Way
Redwood City, CA 94062

Lynn Rabens
5400 34th St W
Bradenton, FL 34210

Melissa and Michael Plambeck
5522 46th Ct W
Bradenton, FL 34210

Nicolas Probosz
5522 46th Ct W
Bradenton, FL 34210

Madeline Sanchez-Patel
6033 34th St W
Bradenton, FL 34210

Melissa Hamilton
2713 20th Avenue West
Bradenton, FL 34205

Nicole DeJongh
4634 56th Dr. E.
Bradenton, FL 34203

Mariam Jamal
5500 34th St West
Bradenton, FL 34210

Melton Little
3707 Avendia Madera
Bradenton, FL 34210

Nighthawk Security
PO Box 25035
Saint Paul, MN 55125

Martin Skiffington
6012 45th Street West
Bradenton, FL 34210

Michael and Peter Torres
2826 46th Ave Dr W
Bradenton, FL 34207

Oliver Javier
4722 33rd Street W
Bradenton, FL 34207

Mary Mbogoro
3728 59th Ave W
Bradenton, FL 34210

Michael Bull
1816 Ohio Street
Holmes Beach, FL 34218

Pam Turner
2808 60th Ave W 704
Bradenton, FL 34207

Patricia Wilson
7108 50th Ave Dr East
Bradenton, FL 34203

Paul Pujazon
4634 56th Dr. E.
Bradenton, FL 34203

Paul Santos
277 Meaden Trace
Thomasville, GA 31792

Pauline Snyder
2808 50th Avenue W 704
Bradenton, FL 34207

Pavel Vanis
5159 36th Street West
Bradenton, FL 34210

Peggy Conolly
3220 49th Avenue Drive West
Bradenton, FL 34207

Peter and Elba Colliard
5135 41st Street West
Bradenton, FL 34210

Peter and Sherry Mancuso
4802 51st St West  #420
Bradenton, FL 34210

Peter Hunt
3608 54th Drive West
Unit J 101
Bradenton, FL 34210

Philip Smith
3705 Avenida Madera
Bradenton, FL 34210

RB 1995 Trust and WR-I XV
PO Box 823201
Philadelphia, PA 19182-3201

Regent Allard
1120 53rd Avenue West
Bradenton, FL 34203

Reginold Randolph
2713 60th Ave Dr W
Bradenton, FL 34207

Richard   and Susan Palmer
5400 34th St W 10E
Bradenton, FL 34210

Richard Kuzmich
3515 Fair Oaks Court
Longboat Key, FL 34228

Richard Sconyers
5609 19th St W
Bradenton, FL 34207

Richard Teav
3600 Lake Bayshore Dr
Apt 318
Sarasota, FL 34243

Richard Thompson
4633 LaJolla Dr
Bradenton, FL 34210

Rob Easom Jr.
5500 34th Street West
Bradenton, FL 34210

Robert Easom
5500 34th Street West
Bradenton, FL 34210

Roger Carlson
378 24th Lane SE
Cambridge, MN 55008

Roger Kelly
3188 Dry Ridge Road
Saint Albans, WV 25177

Rolando Romero
980 NW 104th Ave #106
Hollywood, FL 33026

Ruben Perez
6427 Wellesley Dr
Bradenton, FL 34207

Rustaum Rasulmuthamedov
5500 34th St W
Bradenton, FL 34210

Ryan Freeman
5500 34th Street West
Bradenton, FL 34210

Sallie Lau
4330 Pinebrook Circle  #3
Columbus, OH 43209

Samuel Hitch
3619 57th Ave. Dr. W
Bradenton, FL 34210

Sydney Biller
5623 Title Row Drive
Bradenton, FL 34210

Toni Didas
6612 Case Avenue
Bradenton, FL 34207

Sandra Pujazon
6033 34th St W Apt #8
Bradenton, FL 34210

Tariq Halib
6431 1st Street East
Bradenton, FL 34203

Tony Webb
2416 18th Street East
Bradenton, FL 34208

Shay Kumm
4002 51st Drive West
Bradenton, FL 34210

Ted Edgerton
823 Roaring Brook Drive
Lansing, MI 48917

Troy Gonzalez
4168 53rd Ave. W
Apt. 1404
Bradenton, FL 34210

Snap Fitness 24/7
2411 Galpin Ct.
Ste. 110
Chanhassen, MN 55317

Terence Brennan
5959 Palm Lane
Bradenton, FL 34207

Uijun Cheong
5500 34th
Bradenton, FL 34210

Snap Fitness Corporate
2411 Galpin Court  #110
Chanhassen, MN 55317

Teresa Jackson
6033 34th St W Apt #8
Bradenton, FL 34210

Vanessa Capeheart
3600 Lake Bayshore Drive
Apt. 318
Sarasota, FL 34243

Steve Tsangalias
28020 Moran St
Harrison Township, MI 48045

Thomas Murphy
6415 21st Avenue W
#C212
Bradenton, FL 34210

Vernon Fields
1165 Fox Creek Drive
Sarasota, FL 34240

Steven Perkins
5400 26th St W
Bradenton, FL 34210

Tim Simpson
3308 31st St W
Bradenton, FL 34205

Virginia & Alexander Bogdan
36 Harmon Street
Long Beach, NY 11561

Steven Renaud
4420 Calm Harbor
Bradenton, FL 34210

Tingxue and Yongping Gu
3414 Avenida Medera
Bradenton, FL 34210

Walter & Eileen Grabenstein
3224 Chicage Ave
Bradenton, FL 34207

Steven Schanze
5139 41st Street W
Bradenton, FL 34210

Tom Miszczak
5514 Title Road drive
Bradenton, FL 34210

Wataru Igari
309 Timberlake Drive
Bradenton, FL 34210

Wayne  Sadler
101  NE  154th  Street
Miami, FL 33167


Wei  Jun  Yu
5109  40th  St  W
Bradenton, FL 34210


William  Barclay
5500  34th  West
Bradenton, FL 34210


William  Bay
PO  Box  1772
Oneco, FL 34264


William  F.  Souza,  P.A.
155  NW  167th  St
Penthouse
Miami, FL 33169


William  Mulory
4334  Mirabella  Circle
Bradenton, FL 34210


Wilmy  Moise
9003  Kingston  Road
Bradenton, FL 34210


Zachary  Schwartz
5220  Dexter  Ann  Arbor  Rd.
Ann Arbor, MI 48103

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **PMP Fitness Corp**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept      $ **2,000.00**

    Prior to the filing of this statement I have received      $ **2,000.00**

    Balance Due      $ **0.00**

2. The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):   **Nicole Dejongh**

3. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtors in any discharge or dischargeability actions, judicial lien avoidance, relief from stay actions or any other adversary proceeding.  Representation of the debtors in Fed. R. Bankr. P. 2004 examinations or depositions, or in preparing documents to utilize in such examinations.  Amendments to schedules, statement of affairs and petition.  All future fees will be at the undersigned's normal hourly rate prevailing at the time future services are rendered.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 23, 2016**

*Date*

**/s/ R. John Cole, II**

**R. John Cole, II 191364**
*Signature of Attorney*
**Cole & Cole Law, P.A.**
**46 N. Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
**(941) 365-4055  Fax: (941) 365-4219**
**RJC@COLECOLELAW.COM**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Florida

In re  **PMP Fitness Corp**

Debtor(s)

Case No.

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**PMP Fitness Corp**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 23, 2016**

Date

/s/ **R. John Cole, II**

**R. John Cole, II 191364**

Signature of Attorney or Litigant

Counsel for  **PMP Fitness Corp**

**Cole & Cole Law, P.A.**

**46 N. Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
**(941) 365-4055 Fax:(941) 365-4219**
**RJC@COLECOLELAW.COM**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy