# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re: §
§
§
PMP FITNESS CORP, §   Case No. 16-05392 CPM
§
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANGELA WELCH , TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,838.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  21,326.86 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  17,772.96 | |

3) Total gross receipts of $ 39,099.82  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 39,099.82  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 6,015.48 | $ 6,015.48 | $ 6,059.94 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,772.96 | 17,772.96 | 17,772.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,160.69 | 113,036.13 | 113,036.13 | 15,266.92 |
| **TOTAL DISBURSEMENTS** | $ 19,160.69 | $ 136,824.57 | $ 136,824.57 | $ 39,099.82 |

4)  This case was originally filed under chapter 7 on 06/23/2016 .  The case was pending for 18 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2017            By:/s/ANGELA WELCH , TRUSTEE
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OFFICE EQUIPMENT | 1129-000 | 148.00 |
| OTHER MISCELLANEOUS | 1129-000 | 37,927.50 |
| Security Deposit FPL | 1229-000 | 1,024.32 |
| **TOTAL GROSS RECEIPTS** | | **$39,099.82** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | KEN BURTON, JR. | 4800-000 | NA | 3,896.09 | 3,896.09 | 6,059.94 |
| 000002 | KEN BURTON, JR. | 4800-000 | NA | 2,119.39 | 2,119.39 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 6,015.48** | **$ 6,015.48** | **$ 6,059.94** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WELCH, ANGELA | 2100-000 | NA | 4,659.98 | 4,659.98 | 4,659.98 |
| WELCH, ANGELA | 2200-000 | NA | 93.54 | 93.54 | 93.54 |
| Union Bank | 2600-000 | NA | 324.07 | 324.07 | 324.07 |
| MCEWEN, DAVID B. | 3210-000 | NA | 3,253.25 | 3,253.25 | 3,253.25 |
| MCEWEN, DAVID B. | 3220-000 | NA | 17.73 | 17.73 | 17.73 |
| BAY AREA AUCTION SERVICES, INC. | 3610-000 | NA | 3,807.55 | 3,807.55 | 3,807.55 |
| BAY AREA AUCTION SERVICES, INC. | 3620-000 | NA | 5,616.84 | 5,616.84 | 5,616.84 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 17,772.96 | $ 17,772.96 | $ 17,772.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | DEVELOPMENT, BENDERSON | 7100-000 | 19,160.69 | 19,160.69 | 19,160.69 | 2,587.89 |
| 000003 | SNAP FITNESS CORPORATE | 7100-000 | NA | 93,875.44 | 93,875.44 | 12,679.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 19,160.69 | $ 113,036.13 | $ 113,036.13 | $ 15,266.92 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-05392 | CPM | Judge: CATHERINE PEEK MCEWEN | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PMP FITNESS CORP, | | | Date Filed (f) or Converted (c): | 06/23/16 (f) |
| | | | | 341(a) Meeting Date: | 07/26/16 |
| For Period Ending: | 12/18/17 | | | Claims Bar Date: | 11/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS  Wells Fargo checking<br>Wells Fargo Checking | 0.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS   Wells Fargo Savings<br>Wells Fargo Savings | 0.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS<br>Lease Security Deposit<br>Benderson Development Company, LLC<br>7978 Cooper Creek Blvd., No. 100<br>University Park, FL 34201 | 3,828.00 | 3,828.00 | | 0.00 | FA |
| 4. Security Deposit  FPL<br>FPL Security Deposit | 1,713.00 | 1,713.00 | | 1,024.32 | FA |
| 5. OFFICE EQUIPMENT<br>Front Desk, 3 Filing cabinets, 14 folding chairs<br>Liquidation  $200<br>CCTV Cameras, Computer, Telephone and Mini Fridge<br>Liquidation  $100 | 300.00 | 300.00 | | 148.00 | FA |
| 6. OTHER MISCELLANEOUS<br>Matrix Adjustable decline bench, Matrix Rox-it RS-1402 leg curl, Matrix adjustable cable crossover, Matrix VR3-Iprs/ta, Matrix VR#-less/sri, Matrix XL 12-700 Shoulder press, Matrix VR3-Tri, Matrix Mid Row/lat Pulldown, Matrix lateral raise machine, Matrix SP-5300 Inner machine, Matrix 2-tier Tray Dumbell rack, Magtrix Flat Incline Bench, Matrix SP-5400 Outer thig, Matrix back extension machine, Matrix Scot Bicep Machine, Matrix CF3663 Back Hyper, Matrix VR3-CPS Bench Press Machine, Matric Preacher Curl Machine, Matrix Incline Bench Machine, Matrix Lat Pulldown Machine, Matrix Abdominal Crunch Machine, Matrix Leg Raises Chair, Matrix PPL-900 Smith Machine, Matrix Bench Press Machine, Matrix Weight Tree, Matrix Olympic Flat Bench, Matrix x12-1000 pec dec-fly-rear delt, Matrix Roc-it-RS 1700 Chin Dip Assist, Matrix Free Motion ILI.9 Incline Elliptical (3) Matrix 625 t Treadmill (4), Matrix cs 900 Commercial Recumbent Bike (4), Matrix Leg Press Machine, Matrix Shoulder Bench, Matrix multi Press-Squat Rack w/weight storage, Madicine Balls (8), Dumbells-1-100 9lbs), Weight Plates-2.5lbs-45lbs, Kettlebell, Misc Gym Accessories<br>Liquidation | 10,125.00 | 10,125.00 | | 37,927.50 | FA |
| 7. INTELLECTUAL PROPERTY<br>Snap Fitness 24/7 Franchise | Unknown | 0.00 | | 0.00 | FA |
| 8. INTELLECTUAL PROPERTY<br>Business License | 10.00 | 10.00 | | 0.00 | FA |

Value of Remaining Assets

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 16-05392 | CPM | Judge: CATHERINE PEEK MCEWEN |
|---|---|---|---|
| Case Name: | PMP FITNESS CORP, | | |

| Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 06/23/16 (f) |
| 341(a) Meeting Date: | 07/26/16 |
| Claims Bar Date: | 11/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $15,976.00 | $15,976.00 | | $39,099.82 | $0.00 |

(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-6/29/16 UCC search - nothing.
June 29, 2016, 04:34 pm -sent emial to David Mcewen with peition and NOC and aked the questions on list
June 29, 2016, 04:35 pm -sent emial to Bay Area to pick up office and fitness stuff as soon as possible.
June 29, 2016, 04:54 pm -changed mail to our P O Box; send demand letters deposits
June 30, 2016, 09:42 am -sent letter to debotr and attorney for requested documents per trustee
July 05, 2016, 09:35 am -email from Bay Area asking about how to get the stuff.  Gave Greg debtors attorney phone number per trustee.    Greg emailed back saying he will call attorney office today.
July 20, 2016, 11:57 am -App/Dec and Order to Employ Bay Area Order Id-102911     RNS
July 27, 2016, 12:06 pm -Proof of service on Order to Employ Bay Area
July 28, 2016, 08:55 am -refiled RNS since first one didnt get on docket.
-8/16/16 call from Steve Davis 321-266-1145 had questions about info on auction website.  Called auction, tt Jodi.  dsicussed, called steve D. back, lm.  ...........
-8/16/16 discuss case w/ atty David M / Manatee county tax issue and tt Bay Area Auction about taxes
-8/18/16 calls w/ atty David M and Bay Area re tax obj, try to wk out tax obj to sale, tax won't work out want hearing.....have to pout off 2 months
9/16 deposits rec;d for FPL,  however landlord wasrefuted / provided docs per atty nothing there; just sale of equip yet.
-9/16 hearing set for 9/19/16  for Tax Collector Obj to RNS David M to attend
-10/6/16 discuss case w/ atty David M, auction 10/15, info / pic on auctioneer website
-10/31/16 rec'd atty McEwen's fee app
November 02, 2016, 10:12 am -App/exhibit and Order to Pay Bay Area-Order ID: 123991
-11/16 ALL $ IN
November 07, 2016, 10:17 am -proof of service on App for Comp Bay Area
-1/14/17 rev poc, no obj
-3/17 worrking on closing
-6/17 rev case, in que for closing
September 27, 2017, 11:20 am -NOTICE
October 30, 2017, 03:46 pm -Order on ECOD-Order ID:  189049
November 01, 2017, 10:18 am -Proof of service on ECOD
December 18, 2017, 12:49 pm -TDR

Initial Projected Date of Final Report (TFR): 12/31/17        Current Projected Date of Final Report (TFR): 12/31/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 16-05392 -CPM | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | PMP FITNESS CORP, | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9254 Checking Account |
| Taxpayer ID No: | *******9925 | | |
| For Period Ending: | 12/18/17 | Blanket Bond (per case limit): | $ 41,764,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/16 | 4 | Florida Power & Light | Return deposit | 1229-000 | 1,024.32 | | 1,024.32 |
| 11/02/16 | 5, 6 | Bay Area Auction | RNS Doc 13, Order Doc 20 | 1129-000 | 38,075.50 | | 39,099.82 |
| 11/04/16 | 003001 | Bay Area Auction Services, Inc.<br>8010 US Hwy 19 N<br>Pinellas Park, FL  33781 | Auctioneer Fees Order Doc 23 | 3610-000 | | 3,807.55 | 35,292.27 |
| 11/04/16 | 003002 | Bay Area Auction Services, Inc.<br>8010 US Hwy 19 N<br>Pinellas Park, FL  33781 | Auctioneer Expenses Order Doc 23 | 3620-000 | | 5,616.84 | 29,675.43 |
| 11/04/16 | 003003 | Ken Burton, Jr.<br>Manatee County Tax Collector<br>PO Box 25300<br>Bradenton, FL  34206-5300 | Tax Lien Order Doc 20 | 4800-000 | | 6,059.94 | 23,615.49 |
| 11/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 23,600.49 |
| 12/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 35.70 | 23,564.79 |
| 01/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 34.97 | 23,529.82 |
| 02/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 35.01 | 23,494.81 |
| 03/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 31.58 | 23,463.23 |
| 04/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 34.91 | 23,428.32 |
| 05/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 33.74 | 23,394.58 |
| 06/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 34.81 | 23,359.77 |
| 07/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 33.64 | 23,326.13 |
| 08/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 34.71 | 23,291.42 |
| 11/01/17 | 003004 | ANGELA WELCH , Ch. 7 Trustee | Chapter 7 Compensation/Fees | 2100-000 | | 4,659.98 | 18,631.44 |
| 11/01/17 | 003005 | ANGELA WELCH , Ch. 7 Trustee | Chapter 7 Expenses | 2200-000 | | 93.54 | 18,537.90 |
| 11/01/17 | 003006 | DAVID B. MCEWEN<br>111 Second Ave. NE, #306<br>St. Petersburg, FL 33701-3444 | Attorney for Trustee Fees (Other Fi | | | 3,270.98 | 15,266.92 |
| | | | Fees          3,253.25 | 3210-000 | | | |
| | | | Expenses         17.73 | 3220-000 | | | |
| 11/01/17 | 003007 | Snap Fitness Corporate<br>2411 Galpin Court #110<br>Chanhassen, MN 55317 | Claim 000003, Payment 13.50623% | 7100-000 | | 12,679.03 | 2,587.89 |
| 11/01/17 | 003008 | Benderson Development<br>570 Delaware Ave.<br>Buffalo, NY  14202 | Claim 000004, Payment 13.50625% | 7100-000 | | 2,587.89 | 0.00 |

**Total Of All Accounts**        0.00